IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS, DIVISION

JOHN DOE,

    Plaintiff,

v.                                                CASE NO. 2:23-cv-00245-SPC-KCD

FLORIDA GULF COAST UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

<u>NOTICE OF COMPLIANCE WITH NOTICE TO COUNSEL ON APRIL 10, 2023</u>

Comes now, undersigned counsel, KEVIN GRIFFITH, Esquire, and respectfully files the following notice:

1. On April 10, 2023, undersigned counsel received a Notice to Counsel in reference to compliance with Local Rule 2.01(a).

2. Counsel Kevin Michael Griffith hereby files this Notice of Compliance with Local Rule 2.01(a) and notifies the court that his membership in the Middle District bar is active and he is eligible to practice in the Middle District. This Notice of Compliance is filed timely.

                                                Respectfully Submitted,

                                                ___/S/_Kevin Griffith_____
                                                **KEVIN M. GRIFFITH, ESQUIRE**
                                                **Florida Bar No. 0102647**
                                                **Attorney for Defendant**
                                                **766 Hudson Avenue, Suite B**
                                                **Sarasota, Florida  34236**
                                                **(941) 364-8002**
                                                **(941) 957-0706 Facsimile**
                                                **jmacnicol@mcintoshlaw.biz**
                                                **kgriffith@mcintoshlaw.biz**