## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No.: 2:23-cv-00245-SPC-KCD

JOHN DOE,

      Plaintiff,

vs.

FLORIDA GULF COAST UNIVERSITY
BOARD OF TRUSTEES,

      Defendant.

_____/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

___X___ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Case No.: 21-CA-960 (closed)**
**Circuit Court of the Twentieth Circuit of Florida, Lee County**

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:      April 21, 2023

Respectfully submitted,

*/s/ Nicholas J. Castellano, II*
Nicholas J. Castellano, II, Esq.
Florida Bar Number: 0118601

E-Mail: nick@buckmanandbuckman.com
**BUCKMAN & BUCKMAN, P.A.**
2023 Constitution Blvd.
Sarasota, FL 34231
Telephone:  (941) 923-7700
Fax:            (941) 923-7736

*/s/ Kevin M. Griffith*
Kevin M. Griffith, Esq.
Florida Bar Number: 0102647
E-Mail: kgriffith@mcintoshlaw.biz
**MCINTOSH LAW**
766 Hudson Ave., Suite B
Sarasota, FL 34236
Telephone:  (941) 364-8002
Fax:            (941) 957-0706

*Attorneys for Plaintiff*