**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

Case No.: 2:23-cv-00245-SPC-KCD

JOHN DOE,

    Plaintiff,

vs.

FLORIDA GULF COAST UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiff in the above-named action, JOHN DOE, appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Opinion and Order Denying Plaintiff's Motion to Proceed Anonymously (Doc. 29) dated September 8, 2023.

DATED this 19th day of September, 2023, and respectfully submitted by:

    */s/ Nicholas J. Castellano, II*
    Nicholas J. Castellano, II, Esq.
    Florida Bar Number: 0118601
    E-Mail: nick@buckmanandbuckman.com

    **BUCKMAN & BUCKMAN, P.A.**
    2023 Constitution Blvd.
    Sarasota, FL 34231
    Telephone:  (941) 923-7700
    Fax:            (941) 923-7736

/s/ Kevin M. Griffith
Kevin M. Griffith, Esq.
Florida Bar Number: 0102647
E-Mail: kgriffith@mcintoshlaw.biz

**MCINTOSH LAW**
766 Hudson Ave., Suite B
Sarasota, FL 34236
Telephone: (941) 364-8002
Fax: (941) 957-0706

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2023, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF electronic filing system, which automatically distributes am electronic copy to all counsel of record.

/s/ Nicholas J. Castellano, II
Nicholas J. Castellano, II, Esq.
Florida Bar Number: 0118601