# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

Case No.: 2:23-cv-00245-SPC-KCD

JOHN DOE,

    Plaintiff,

vs.

FLORIDA GULF COAST UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the Plaintiff in the above-named action, JOHN DOE, appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Opinion and Order Denying Plaintiff's Motion to Proceed Anonymously (Doc. 29) dated September 8, 2023. This Order is final under 28 U.S.C. § 1291 pursuant to the collateral order doctrine. *See Southern Methodist University Ass'n v. Wynne & Jaffe,* 599 F.2d 707 (5th Cir. 1979); *accord James v. Jacobson*, 6 F.3d 233 (4th Cir. 1993).

DATED this 27th day of September, 2023, and respectfully submitted by:

        */s/ Nicholas J. Castellano, II*
        Nicholas J. Castellano, II, Esq.
        Florida Bar Number: 0118601
        E-Mail: nick@buckmanandbuckman.com

        **BUCKMAN & BUCKMAN, P.A.**
        2023 Constitution Blvd.
        Sarasota, FL 34231
        Telephone: (941) 923-7700

       Fax:   (941) 923-7736

       */s/ Kevin M. Griffith*
       Kevin M. Griffith, Esq.
       Florida Bar Number: 0102647
       E-Mail: kgriffith@mcintoshlaw.biz

       **MCINTOSH LAW**
       766 Hudson Ave., Suite B
       Sarasota, FL 34236
       Telephone:  (941) 364-8002
       Fax:   (941) 957-0706

       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2023, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF electronic filing system, which automatically distributes am electronic copy to all counsel of record.

       */s/ Nicholas J. Castellano, II*
       Nicholas J. Castellano, II, Esq.
       Florida Bar Number: 0118601