**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Case No.: 2:23-cv-00245-SPC-KCD

JOHN DOE,

       Plaintiff,

vs.

FLORIDA GULF COAST UNIVERSITY
BOARD OF TRUSTEES,

       Defendant.

_____/

**NOTICE TO COURT RE: PLAINTIFF'S RESPONSE TO THE COURT'S**
**ORDER TO SHOW CAUSE AND INCORPORATED MOTION TO STAY**
**PENDING APPEAL**

COMES NOW, Plaintiff, by and through his undersigned counsel, and hereby files this Notice to the Court regarding Plaintiff's Response to the Court's Order to Show Cause and Incorporated Motion to Stay Pending Appeal, pursuant to Local Rule 3.01(g), stating as follows:

1. The undersigned was contacted by counsel for Defendant and notified that Defendant does not oppose Plaintiff's Motion to Stay these proceedings pending the appeal.

DATED this 27th day of September, 2023, and respectfully submitted by:

/s/ *Nicholas J. Castellano, II*
Nicholas J. Castellano, II, Esq.
Florida Bar Number: 0118601
E-Mail: nick@buckmanandbuckman.com

**BUCKMAN & BUCKMAN, P.A.**
2023 Constitution Blvd.
Sarasota, FL 34231
Telephone:  (941) 923-7700
Fax:          (941) 923-7736


*/s/ Kevin M. Griffith*
Kevin M. Griffith, Esq.
Florida Bar Number: 0102647
E-Mail: kgriffith@mcintoshlaw.biz

**MCINTOSH LAW**
766 Hudson Ave., Suite B
Sarasota, FL 34236
Telephone:  (941) 364-8002
Fax:          (941) 957-0706

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2023, a copy of the foregoing

was filed with the Clerk of Court by using the CM/ECF electronic filing system,

which automatically distributes am electronic copy to all counsel of record.


*/s/ Nicholas J. Castellano, II*
Nicholas J. Castellano, II, Esq.
Florida Bar Number: 0118601