## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

Case No.: 2:23-cv-00245-SPC-KCD

JOHN DOE,

    Plaintiff,

vs.

FLORIDA GULF COAST UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

### PLAINTIFF'S STATUS REPORT

COMES NOW, Plaintiff JOHN DOE, by and through his undersigned counsel, and hereby respectfully submits the following status report, pursuant to the Court's Order on September 28, 2023 (Doc. 38), and states as follows:

1. The appeal in this case to the United States Court of Appeals for the Eleventh Circuit, Case No.: 23-13063, is still pending.

2. As of the date of this writing, Appellee Florida Gulf Coast University's Response brief is due to be filed on or before February 15th, 2024, and Appellant John Doe's reply brief is due twenty-one (21) days thereafter.

DATED this 31st day of January, 2024, and respectfully submitted by:

*/s/ Nicholas J. Castellano, II*
Nicholas J. Castellano, II, Esq.
Florida Bar Number: 0118601
E-Mail: nick@buckmanandbuckman.com

**BUCKMAN & BUCKMAN, P.A.**
2023 Constitution Blvd.
Sarasota, FL 34231
Telephone:  (941) 923-7700
Fax:             (941) 923-7736


/s/ *Kevin M. Griffith*
Kevin M. Griffith, Esq.
Florida Bar Number: 0102647
E-Mail: kgriffith@mcintoshlaw.biz

**MCINTOSH LAW**
766 Hudson Ave., Suite B
Sarasota, FL 34236
Telephone:  (941) 364-8002
Fax:             (941) 957-0706

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2024, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF electronic filing system, which automatically distributes am electronic copy to all counsel of record.

/s/ *Nicholas J. Castellano, II*
Nicholas J. Castellano, II, Esq.
Florida Bar Number: 0118601