IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.: 2:23-cv-00245-SPC-KCD

JOHN DOE,

    Plaintiff,

vs.

FLORIDA GULF COAST UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, by and through his undersigned counsel, and hereby gives notice that this action shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), stating as follows:

1. Plaintiff's Complaint was filed on April 6, 2023.

2. In response, Defendant filed a Motion to Dismiss Plaintiff's Complaint in its entirety on May 30, 2023.

3. After the Court granted Defendant's Motion in Part, Plaintiff appealed the Court's decision on September 19, 2023.

4. On September 18, 2024, the Eleventh Circuit issued its Judgment in favor of Defendant.

5. Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff may dismiss an action without a Court order "before the opposing party serves either an answer or a motion for summary judgment."

6.       Accordingly, Plaintiff files this Notice of Dismissal with prejudice.

DATED this 4th day of November, 2024.

                                  Respectfully submitted,

                                  */s/ Nicholas J. Castellano, II*
                                  Nicholas J. Castellano, II, Esq.
                                  Florida Bar Number: 0118601
                                  E-Mail: nick@buckmanandbuckman.com
                                  **BUCKMAN & BUCKMAN, P.A.**
                                  2023 Constitution Blvd.
                                  Sarasota, FL 34231
                                  Telephone: (941) 923-7700
                                  Fax:            (941) 923-7736

                                  */s/ Kevin M. Griffith*
                                  Kevin M. Griffith, Esq.
                                  Florida Bar Number: 0102647
                                  E-Mail: kgriffith@mcintoshlaw.biz

                                  **MCINTOSH LAW**
                                  766 Hudson Ave., Suite B
                                  Sarasota, FL 34236
                                  Telephone: (941) 364-8002
                                  Fax:            (941) 957-0706

                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2024, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF electronic filing system, which automatically distributes am electronic copy to all counsel of record.

                                  */s/ Nicholas J. Castellano, II*
                                  Nicholas J. Castellano, II, Esq.
                                  Florida Bar Number: 0118601